FILED 06 APR 24 13:41 USDC ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID E. PICRAY,                    )
                                    )
                Plaintiff,          )
                                    )
                                    )   Civil No. 04-6172-TC
        v.                          )
                                    )   ORDER
THE CITY OF COBURG,                 )
                                    )
                Defendant.          )
_____)

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on March 22, 2006, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report.  See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,

1    - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed March 22, 2006, in its entirety. Defendants' motion for summary judgment (#25) is allowed; plaintiff's motion for summary judgment (#23) is denied; this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this ___24th___ day of ___April___, 2006.

_____
UNITED STATES DISTRICT JUDGE